The People of the State of New York ex rel. The Troy Record Company, Relator, v. The Common Council of the City of Troy and Others, Respondents.— Determination of the common council annulled and the common council is required, within thirty days after the service of the order herein, to meet and designate official newspapers according to law, with fifty dollars costs and disbursements to be paid by the respondent, upon the opinion in *People ex rel. Troy Press Co.* v. *Common Council* (*ante*, p. 354), decided herewith.   All concurred.